

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ENTERED
04/19/2010

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-10037-B-13 |
| | § | |
| RAMON ALBERTO MARADIAGA | § | |
| and SOCORRO MARADIAGA, | § | |
| Debtor | § | CHAPTER 13 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| SUCCESSOR BY MERGER TO WELLS | § | |
| FARGO HOME MORTGAGE, INC. | § | |
| ITS ASSIGNS AND/OR | § | |
| SUCCESSORS IN INTEREST, | § | |
| Movant | § | HEARING DATE: 04/21/2010 |
| | § | |
| v. | § | TIME: 09:00 AM |
| | § | |
| RAMON ALBERTO MARADIAGA | § | |
| and SOCORRO MARADIAGA; and | § | |
| CINDY BOUDLOCHE, Trustee | § | |
| Respondents | § | JUDGE RICHARD S. SCHMIDT |

**DEFAULT/UNOPPOSED/UNCONTESTED ORDER GRANTING RELIEF FROM AUTOMATIC STAY**
**(This Order resolves Docket # 20)**

WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST ("Movant") filed a motion for relief from the automatic stay against

6640 TOPLEY PIKE AVE
LAS VEGAS, NV  89139

PARCEL 1:

LOT FOUR HUNDRED SEVENTY-NINE (479) IN BLOCK FOUR (4) OF WARM SPRINGS/TORREY PINES @ PINNACLE PEAKS- UNITE1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 108 OF PLATS, PAGE 43, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL II:

AN EASEMENT FRO INGRESS AND EGRESS OVER PRIVATE STREET AND COMMON AREAS.

(the "Property").  Movant represented to the Court that it had served the motion in accordance

with all applicable rules and provided notice of the hearing. As certified by Movant's counsel, there is no effective opposition to the requested relief. Accordingly, the Court grants relief.

It is ordered that Movant is granted relief from the automatic stay to pursue its state law remedies, including foreclosure, repossession and/or eviction with respect to the Property.

April 19, 2010

IF NO OPPOSITION OR REQUEST FOR HEARING HAS BEEN FILED 7 DAYS BEFORE THE SCHEDULED HEARING ON THE MOTION TO LIFT STAY, MOVANT MAY COMPLETE AND FILE THE FOLLOWING CERTIFICATION. IF THE CERTIFICATION IS MADE AT LEAST 2 DAYS PRIOR TO THE HEARING, (EXCLUDING INTERMEDIATE WEEKENDS AND HOLIDAYS), MOVANT NEED NOT ATTEND THE HEARING. THE COURT WILL EITHER ISSUE THE DEFAULT ORDER OR WILL RESCHEDULE THE HEARING IF THE COURT DETERMINES THAT A HEARING IS NEVERTHELESS NECESSARY.

**Counsel's Certification:**
Movant's motion for relief from the stay was served in accordance with applicable bankruptcy rules on March 26, 2010. I have reviewed the docket sheet in this case to confirm the accuracy of the statements in this certification. Any trustee response that has been filed reflects an absence of opposition. Additionally, I certify that (i) no response has been filed by the debtor or any creditor; (ii) although a response was filed, the only responses reflected an absence of opposition to the requested relief; or (iii) although a response was filed, the response did not deny ANY of the factual allegations in the motion.

/s/ JEFF FLEMING                                              04/16/2010
JEFF FLEMING                                                  Date
TX NO. 24034442
S.D. TX NO. 31820
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-5322
Facsimile: (972) 661-7725
E-mail: SDECF@BDFGROUP.COM
ATTORNEY FOR MOVANT